



# MEMORANDUM OPINION

No. 04-11-00737-CV

**IN RE** Juan and Blanca **VERASTIGUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  October 19, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-14111, styled *Juan Verastigue and Blanca Verastigue*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Berchelmann presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.